IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02232-WYD

JENNIFER A. MCGOWAN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed December 5, 2014.  The motion states that the parties have stipulated, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of six thousand seven hundred fifty dollars ($6,750.00) under the Equal Access to Justice Act ["EAJA"].  Having reviewed the motion and finding good cause therefore, it is

ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 24) is **GRANTED**.  Attorney fees in the amount of **$6,750.00** are awarded to Plaintiff under the EAJA.

      Dated December 15, 2014

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge